SCWC-29993

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

MICHAEL C. TIERNEY, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29993; CR. NO. 08-1-0869)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner/Defendant-Appellant's application for writ of certiorari filed on January 27, 2011, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 7, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Michael C. Tierney
petitioner/defendant-
appellant on the application

Delanie D. Prescott-Tate,
Deputy Prosecuting Attorney, for
respondent/plaintiff-appellee

---

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Pollack, assigned by reason of vacancy.